ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:25-CR-00132-JLT-SAB |
| Plaintiff, | |
| v. | STIPULATION TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME; ORDER |
| ANGEL SOLORIO LOPEZ. | |
| Defendant. | |

**STIPULATION**

1.     By previous order, this matter was set for a status conference hearing on September 2, 2026.  By this stipulation, defendant moves to vacate the status conference and set a change of plea hearing on June 29, 2026.

2.     The parties agree and stipulate that on June 18, 2026, the parties filed a signed plea agreement.  Pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(1)(G), the period from June 18, 2026, through June 29, 2026, is automatically excluded from the computation of time within which trial must commence.

3.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

Stipulation
1

Dated: June 18, 2026                                    Respectfully submitted,

                                                       ERIC GRANT
                                                       United States Attorney


                                        By      */s/ Antonio J. Pataca*
                                                ANTONIO J. PATACA
                                                Assistant United States Attorney


Dated: June 18, 2026                                   By: */s/ Scott Quinlan*
                                                       SCOTT QUINLAN
                                                       Attorney for Defendant
                                                       Angel Solorio Lopez


                                    ORDER

       The Court, having received and considered the Stipulation of the parties, and good cause

appearing therefore, hereby FINDS and ORDERS as follows:

       The Court vacates the status conference hearing on September 2, 2026, and sets a change of plea

hearing on June 29, 2026 at 9:00 AM before District Judge Jennifer L. Thurston. Defendant is ordered to be

present.


IT IS SO ORDERED.

Dated:    **June 18, 2026**                    _____
                                               STANLEY A. BOONE
                                               United States Magistrate Judge


Stipulation                                         2